**Slip Op. 01-149**
**United States Court of International Trade**

STEEL AUTHORITY OF INDIA, LTD.,
        Plaintiff,

     v.

UNITED STATES,
        Defendant

        and

BETHLEHEM STEEL CORPORATION; U.S. STEEL
GROUP, A UNIT OF USX CORPORATION; IPSCO
STEEL INC.,
        Defendant-Intervenors.

Before: Pogue, Judge

Court No. 00-03-00099

**JUDGMENT**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") <u>Final Results of Redetermination Pursuant to Court Remand</u>("Remand Results"), <u>Steel Authority of India, Ltd. v. United States</u>, slip op. 01-60 (CIT May 22, 2001) and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce are affirmed in their entirety.

Donald C. Pogue
Judge

Dated:    December 17, 2001
        New York, New York